Argued and submitted January 15, affirmed February 6, 1991

STATE OF OREGON,
*Appellant,*

*v.*

PEGGY HARRISON,
*Respondent.*

(CC90-1089; CA A65704 (Control))

STATE OF OREGON,
*Appellant,*

*v.*

CHRISTOPHER CHARLES CONNAWAY,
*Respondent.*

(CC90-1113; CA A65705)

STATE OF OREGON,
*Appellant,*

*v.*

MICHAEL P. HARRISON,
*Respondent.*

(CC90-1088; CA A65706)
(Cases Consolidated)

806 P2d 133

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem.

Elizabeth A. Baldwin, Astoria, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Buttler, Judge.

PER CURIAM

Affirmed. *State v. Moeller,* 105 Or App 434, 806 P2d 130 (1991).